```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08991
   JOSE L VARGAS
   LISA R VARGAS                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1087    SSN XXX-XX-4296


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 04/12/08 .

     2.   The case was dismissed without confirmation, 06/27/2008.

     3.   The Debtor paid a total of $    570.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY BANK | SECURED | .00 | .00 | .00 |
| FOSTER PREMIER INC | SECURED | .00 | .00 | .00 |
| NATIONAL CITY BANK | CURRENT MORTG | .00 | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BAPTIST ST ANTHONY HEALT | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DATASEARCH INC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| ELAN FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JUDITH B PETRUCCI | UNSECURED | NOT FILED | .00 | .00 |
| LEMONT FIRE DISTRICT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LINDA SCHNEIDER ESQ | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |

```
COMMONWEALTH EDISON        UNSECURED        NOT FILED              .00          .00
NICOR GAS                  UNSECURED        NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED              .00          .00
PRAIRIE EMERGENCY SERVIC   UNSECURED        NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED              .00          .00
RADIOLOGISTS OF DUPAGE     UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED              .00          .00
NATIONAL RECOVERIES INC    UNSECURED        NOT FILED              .00          .00
US CELLULAR                UNSECURED        NOT FILED              .00          .00
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED              .00          .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED              .00          .00
WEST SUBURBAN OBSTETRICS   UNSECURED        NOT FILED              .00          .00
WFNNB/HARLEM FURNITURE     UNSECURED        NOT FILED              .00          .00
ZENITH ACQUISITION CORP    UNSECURED        NOT FILED              .00          .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, JOHN C DENT                , was allowed $   3500.00
and was paid $    295.00  direct and $    536.94  through the plan.

The Trustee received $      33.06 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                            PAGE   3
      CASE NO. 08 B 08991 JOSE L VARGAS & LISA R VARGAS
```